UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD D. WROLEN,

    Petitioner,

        v.                                                              Case No. 12-cv-780-JPG

UNITED STATES OF AMERICA,

    Defendant.

## JUDGMENT

This matter having come before the Court, and the Court having determined it lacks jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**DATED:** July 23, 2012        by:s/Deborah Agans, Depuuty Clerk


**Approved:**   s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**