UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD D. WROLEN,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 12-cv-780-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on petitioner Richard D. Wrolen's motion for leave to proceed on appeal *in forma pauperis* (Doc. 13). Wrolen has appealed the Court's July 23, 2012, judgment dismissing his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255, an unauthorized second or successive petition, for lack of jurisdiction (Doc. 3).

    A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); Fed. R. App. P. 24(a)(3)(A). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

    No reasonable person could argue that the petitioner's filing was not a successive § 2255 motion for the reasons stated in the Court's order dismissing the motion. Therefore, the Court **CERTIFIES** that this appeal is not taken in good faith and accordingly **DENIES** the motion for leave to proceed on appeal *in forma pauperis* (Doc. 13).

**IT IS SO ORDERED.**
**DATED: August 27, 2012**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**